Electronically Filed - Jackson - Kansas City - June 04, 2020 - 07:35 PM

## IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI

| | |
|---|---|
| ANN DUNN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. |
| ) | |
| U.S. BANK ) | |
| **Serve: 6300 Troost Ave** ) | **JURY TRIAL DEMANDED** |
| **Kansas City, MO 64131-1226** ) | |
| ) | |
| Defendant. ) | |
| ) | |

## PETITION FOR DAMAGES

Plaintiff Ann Dunn ("Plaintiff") for her Petition for Damages against U.S. Bank ("Defendant") states and alleges as follows:

## PARTIES

1.  Plaintiff is an individual residing at 4715 Benton Blvd, Apt 100, Kansas City, MO 64130.

2.  Defendant is a national banking association authorized to conduct business within the state of Missouri, and maintains a place of business located at 6300 Troost Ave Kansas City, MO 64131-1226.

## JURISDICTION AND VENUE

3.  Pursuant to Mo. Const. Art. 5 Section 14 and Mo. Rev. Stat. Section 478.070, this Court has jurisdiction over the subject matter of this dispute because the claims arise from transactions and occurrences that took place in the State of Missouri.

**EXHIBIT 1**

4.     Defendant is subjected to specific jurisdiction because its place of business is located at 6300 Troost Ave Kansas City, MO 64131-1226.

5.     Venue is proper in this Court pursuant to Mo. Rev. Stat. Section 508.010.4 because the actions and failure to act given rise to the above-captioned matter occured in Jackson County, Missouri.

## BACKGROUND

6.     On May 17, 2019 around 3:00 p.m., Plaintiff went to U.S. Bank at 63rd and Troost in Kansas City, Missouri.

7.     A Security Guard for U.S. Bank asked Plaintiff to take a seat.

8.     A representative for U.S. Bank, whom Plaintiff believes was a Loan Officer, approached her and asked Plaintiff "what do you need."

9.     Plaintiff responded to the Loan Officer that she needed to cash a check.

10.    The Loan Officer asked if Plaintiff had an account with U.S. Bank and she told the Loan Officer that she did not have an account with U.S. Bank.

11.    The Loan Officer stated that: "if you don't have an account with us we can't cash your check."

12.    The check, however, was drafted on a note made by U.S. Bank and written by Plaintiff's attorney[1] who had an account at U.S. Bank.

13.    Plaintiff insisted that U.S. Bank cash the check and then reasoned with the Loan Officer that the check be held until the funds cleared or until the check could be verified.

---

[1] The undersigned counsel is not the same attorney as alleged by Plaintiff.

14.     The Loan Officer denied all requests made by Plaintiff.

15.     The Loan Officer then examined the check and made a comment regarding the check's amount.

16.     Nearby, a teller from U.S. Bank appeared to look confused by the exchange.

17.     During the exchange between the Loan Officer and Plaintiff, the Loan Officer wore a grin on his face as if the situation was a joke. Plaintiff felt embarrassed and humiliated by the interaction.

18.     The Loan Officer is a Caucasian male and Plaintiff is an African American female.

19.     On information and belief, other non-African American non-account holders were and are allowed to cash a check at U.S. Bank, when that check is drafted on a U.S. Bank note.

20.     On information and belief, the policy as stated by the Loan Officer is not the policy of U.S. Bank, rather it was used as a means of discriminating against Plaintiff.


**COUNT I**
**RACE DISCRIMINATION IN VIOLATION OF**
**42 U.S.C. § 1981**

21.     Plaintiff hereby incorporates by reference as if fully stated herein the allegations contained in the foregoing paragraphs.

22.     Defendant discriminated against Plaintiff in violation of 42 U.S.C. § 1981.

23.     Plaintiff is an African American female and is protected from discrimination

Electronically Filed - Jackson - Kansas City - June 04, 2020 - 07:35 PM

under 42 U.S.C. § 1981.

24. Plaintiff engaged in protected activity when she actively sought to make and enforce a contract by requesting to cash a check from her attorney at Defendant's bank where the attorney has an account and on a U.S. Bank note.

25. Defendant interfered with Plaintiff's right to enter into and enjoy the benefits and privileges of the contract to cash a check.

26. Defendant's interference with Plaintiff's contractual rights was intentional and based on Plaintiff's race in violation of 42 U.S.C. § 1981.

27. Defendant's actions against Plaintiff were outrageous because Defendant had an evil motive and/or reckless indifference to the rights of others.

28. As a direct and proximate result of Defendant's discrimination, Plaintiff has and will continue to suffer from emotional distress, incovenience, mental anquish, loss of enjoyment of life and other non-pecuniary damages, reasonable attorneys' fees and costs necessary for litigation.

WHEREFORE, Plaintiff Ann Dunn requests that this Court enter judgment in her favor and against Defendant U.S. Bank, and award Plaintiff damages as proven at trial, including compensatory damages, punitive damages, attorneys' fees and related litigation and enforcement expenses and such other and further relief as just and proper.

## **DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a trial by jury for all issues herein.

Dated: June 4, 2020

By:    /s/*Henry W. Tanner. Jr.*

Henry W. Tanner Jr. (66277)
The Law Firm of Henry Tanner LLC
1432 E. 49th Terrace,
Kansas City, Missouri 64110
Telephone: 816.547.2162
Email: henry@htannerlaw.com

Attorney for Plaintiff

Electronically Filed - Jackson - Kansas City - June 04, 2020 - 07:35 PM

# IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
☒ **AT KANSAS CITY**    ☐ AT INDEPENDENCE

**RE**:    ANN DUNN V US BANK
**CASE NO:**    2016-CV12724

**TO:**    HENRY WARREN TANNER
1432 EAST 49TH TERRACE
KANSAS CITY, MO  64110

We have received pleadings, which you submitted for filing in the case and they have been file-stamped on <u>June 4, 2020</u>. However, your pleading cannot be processed further until the following action is taken:

**RULE 3.2 - STYLE**
☒ **Additional service instructions are needed.**
☐ Incorrect case number/filed in wrong county.
☐ Document is unreadable.

**RULE 4.2 (2)**
☐ Need Circuit Court Form 4

**RULE 5.6 – COLLECTIONS OF DEPOSIT**
☐ No fee, or incorrect fee, received; fee required is $_____.
☐ Insufficient Filing Fee; Please Remit $_____
☐ No signature on check/form 1695.
☐ No request to proceed in forma pauperis.
☐ No personal checks accepted.

**RULE 68.1**
☐ Need Circuit Court Form 17

**RULE 68.7 – VITAL STATISTICS REPORT**
☐ Need Certificate of dissolution of marriage form.

**RULE 74.14 SUPREME CT – FOREIGN JUDGMENT**
☐ Authentication of foreign judgment required.
☐ Affidavit pursuant to Supreme Court Rule 74.14

**RULE 54.12  SERVICE IN REM OR QUASI IN REM ACTIONS**
☐ Affidavit for Service by Publication required pursuant to Supreme Court Rule 54.12c.
☐ Order for Service by Publication required pursuant to Supreme Court Rule 54.12c.
☐ Notice for Service by Publication required pursuant to Supreme Court Rule 54.12c.
☐ Affidavit for Service by Certified/Registered Mail pursuant to Supreme Court Rule 54.12b.

☒ **OTHER:    Before your case can be processed further you will need to eFile service instructions for the defendant.  If service will be done by the Jackson County Sheriff you will need to eFile the required service fee of $36.00.  If service will be done by a private process server you will need to eFile a Motion and Order for Appointment of Private Process Server with the required PPS20 number(s) on it.**
☒ **Please take the actions necessary to comply with the Circuit Court Rules and your request will be processed.**
☐ The private process server listed is not on our approved list.
☐ Execution in effect. Return date _____. Request may be resubmitted within one week prior to return date.
☐ Supreme Court Rule 90.13 requires interrogatories be served with summons of garnishment.

<u>**If the filing was a new case, please be advised that unless the additional information marked is received within 30 days of the date of this notice this case will be dismissed pursuant to Rule 37.4 for failure to prosecute without prejudice, at the Plaintiff's cost.  Collection efforts will be pursued for these costs.**</u>

**Please refer to the Court's website at <u>www.16thcircuit.org</u> for Court Rules or Forms.**

Copies electronic noticed, faxed, emailed and/or mailed JUNE 5, 2020 to:

**COURT ADMINISTRATOR'S OFFICE
DEPARTMENT OF CIVIL RECORDS
CIRCUIT COURT OF JACKSON COUNTY, MISSOURI**

_____
**JUNE 5, 2020**
**Date**

**By** _____

**Peggy Holley, 816-881-6491**
**Deputy Court Administrator**
☒ **415 East 12th St., Kansas City, Missouri 64106**
☐ **308 W. Kansas, Independence, Missouri 64050**

# IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
## AT KANSAS CITY

ANN DUNN

**PLAINTIFF(S),**  **CASE NO.** 2016-CV12724

**VS.**  **DIVISION 11**

US BANK

**DEFENDANT(S),**

## NOTICE OF CASE MANAGEMENT CONFERENCE FOR CIVIL CASE AND ORDER FOR MEDIATION

___

NOTICE IS HEREBY GIVEN that a Case Management Conference will be held with the Honorable ADAM CAINE on 23-SEP-2020 in DIVISION 11 at 01:30 PM. All Applications for Continuance of a Case Management Conference should be filed on or before Wednesday of the week prior to the case management setting. Applications for Continuance of a Case Management Conference shall comply with Supreme Court Rule and 16th Cir. R. 34.1. Continuance of a Case Management Conference will only be granted for good cause shown because it is the desire of the Court to meet with counsel and parties in all cases within the first 4 months that a case has been on file. All counsel and parties are directed to check Case.NET on the 16th Judicial Circuit web site at www.16thcircuit.org after filing an application for continuance to determine whether or not it has been granted.

A lead attorney of record must be designated for each party as required by Local Rule 3.5.1. A separate pleading designating the lead attorney of record shall be filed by each party as described in Local Rule 3.5.2. The parties are advised that if they do not file a separate pleading designating lead counsel, even in situations where there is only one attorney representing the party, JIS will not be updated by civil records department, and copies of orders will be sent to the address currently shown in JIS. Civil Records does not update attorney information from answers or other pleadings. The Designation of Lead Attorney pleading shall contain the name of lead counsel, firm name, mailing address, phone number, FAX number and E-mail address of the attorney who is lead counsel.

At the Case Management Conference, counsel should be prepared to address at least the following:

a. A trial setting;

b. Expert Witness Disclosure Cutoff Date;

c. A schedule for the orderly preparation of the case for trial;

d. Any issues which require input or action by the Court;

e. The status of settlement negotiations.

## MEDIATION

The parties are ordered to participate in mediation pursuant to Supreme Court Rule 17. Mediation shall be completed within 10 months after the date the case if filed for complex cases, and 6 months after the date the case is filed for other circuit cases, unless otherwise ordered by the Court. Each party shall personally appear at the mediation and participate in the process. In the event a party does not have the authority to enter into a settlement, then a representative of the entity that does have actual authority to enter into a settlement on behalf of the party shall also personally attend the mediations with the party.

The parties shall confer and select a mutually agreeable person to act as mediator in this case. If the parties are unable to agree on a mediator the court will appoint a mediator at the Case Management Conference.

Each party shall pay their respective pro-rata cost of the mediation directly to the mediator.

## POLICIES/PROCEDURES

Please refer to the Court's web page www.16thcircuit.org for division policies and procedural information listed by each judge.

/S/ ADAM CAINE
ADAM CAINE, **Circuit Judge**

Certificate of Service

This is to certify that a copy of the foregoing was mailed postage pre-paid or hand delivered to the plaintiff with the delivery of the file-stamped copy of the petition. It is further certified that a copy of the foregoing will be served with the summons on each defendant named in this action.

Attorney for Plaintiff(s):
HENRY WARREN TANNER, 1432 EAST 49TH TERRACE, KANSAS CITY, MO 64110

Defendant(s):
US BANK

Dated: 05-JUN-2020

MARY A. MARQUEZ
Court Administrator

**IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI**

| | | |
|---|---|---|
| ANN DUNN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 2016-CV12724 |
| | ) | |
| U.S. BANK | ) | |
| **Serve: 6300 Troost Ave** | ) | **JURY TRIAL DEMANDED** |
| **Kansas City, MO 64131-1226** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**REQUEST FOR SUMMONS**

Plaintiff Ann Dunn, by and through counsel, and pursuant to Missouri Supreme Court

Rule 54.01 hereby requests that the clerk issue the required summons to be served by mail upon

U.S. Bank in the above-captioned action.

Dated: June 10, 2020 /s/*Henry W. Tanner Jr.*
Henry W. Tanner Jr. (66277)
The Law Firm of Henry Tanner LLC
1432 E. 49th Terrace,
Kansas City, Missouri 64110
Telephone: 816.547.2162
Facsimile: 816.393.0338
Email: henry@htannerlaw.com

Attorney for Plaintiff Ann Dunn



# IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>ADAM CAINE | **Case Number:** 2016-CV12724 |
| Plaintiff/Petitioner:<br><br>ANN DUNN | Plaintiff's/Petitioner's Attorney/Address:<br>HENRY WARREN TANNER<br>1432 EAST 49TH TERRACE<br>KANSAS CITY, MO  64110 |
| vs. | |
| Defendant/Respondent:<br><br>US BANK | Court Address:<br>415 E 12th<br>KANSAS CITY, MO  64106 |
| Nature of Suit:<br>CC Other Miscellaneous Actions | (Date File Stamp) |

## Summons for Service by First Class Mail

**The State of Missouri to:**  US BANK
**Alias:**

6300 TROOST AVE
KANSAS CITY, MO  64131



**COURT SEAL OF**

**JACKSON COUNTY**

     You are summoned and, within 30 days after the enclosed acknowledgment is filed, you must file an answer to the enclosed petition with the clerk of this court and also serve this answer upon Plaintiff's/Petitioner's attorney at the above address.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the petition.

<u>11-JUN-2020</u>
Date Issued

_____
Clerk

Further Information:

## Directions to Clerk

    The clerk should issue one copy of this summons for each Defendant/Respondent to be served by first class mail.  Under Section 506.150.4, RSMo, service by first class mail may be made by Plaintiff/Petitioner or any person authorized to serve process under Section 506.140, RSMo.

## SUMMONS/GARNISHMENT SERVICE PACKETS
## ATTORNEY INFORMATION

Under the Missouri e-filing system now utilized by the 16th Judicial Circuit Court, once a case has been accepted for filing, a clerk prepares the necessary documents for service. The summons/garnishment is sent to the attorney by an e-mail containing a link so that the filer may print and deliver the summons/garnishment, pleadings and any other necessary documents to the person designated to serve the documents.

Pursuant to State statutes, Supreme Court Rules and Local Court Rules, attorneys are required to print, attach and serve specific documents with certain types of Petitions and other filings.

Please refer to the Court's website for instructions on how to assemble the service packets at:

16thcircuit.org → Electronic Filing Information → Required Documents for Service – eFiled cases → Summons/Garnishment Service Packet Information.

Please review this information periodically, as revisions are frequently made.   Thank you.


Circuit Court of Jackson County

# NOTICE OF TELEPHONE CONFERENCE/HEARING

Pursuant to the Supreme Court of Missouri's Order dated March 22, 2020, Jackson County Administrative Order 2020-064, and the Stay at Home Order issued by Jackson County Executive, the Jackson County Circuit Court remains open. However, in an effort to contain the COVID-19 virus, Division 11 is working remotely to carry out the essential functions of the judiciary, including essential hearings, telephone conferences, and ruling on motions.

**Case Management Conferences and other Hearings** are being conducted via telephone conference. In an effort to prevent all litigants and their attorney(s) from having to remain on the line throughout each case management conference on the docket, we have scheduled telephonic conferences in 15-minute intervals. Please join the telephonic conference at, or just prior to, the time your case is scheduled to begin.

A **Case Management Conference** by telephone is scheduled for the following cases on
**Wednesday, September 23, 2020**.
The 15-minute time slot allocated to each case is denoted below.

| Case No. | Case Name | CMC Time |
|----------|-----------|----------|
| 1816-CV26007 | Frazier v. Boyd | 1:00 p.m.-1:10 p.m. |
| 2016-CV12724 | Dunn v. US Bank | 1:10 p.m.-1:20 p.m. |
| 2016-CV12287 | Brown v. Goodell | 1:20 p.m.-1:30 p.m. |
| 2016-CV12355 | Jones v. MO Dept. of Social Services | 1:30 p.m.-1:40 p.m. |
| 2016-CV12370 | Boyer et al. v. Pointer | 1:40 p.m.-1:50 p.m. |
| 1916-CV20178 | Bourdess et al. v. Paypal, Inc. et al. | 2:00 p.m.-2:15 p.m. |
| 2016-CV12621 | PHH Mortgage Corp. v. Smith et al. | 2:15 p.m.-2:30 p.m. |
| 2016-CV12637 | Barnes-Kambiri v. Grand Pavilion, LLC et al. | 2:30 p.m.-2:45 p.m. |
| 2016-CV11244 | S&W Foreclosure v. Johnson et al. | 2:45 p.m.-3:00 p.m. |
| 2016-CV11745 | Sirhindi v. Murray | 3:00 p.m.-3:15 p.m. |
| 2016-CV08475 | Lawien v. MO Family Support Division | 3:15 p.m.-3:30 p.m. |
| 2016-CV10915 | United Heating & Cooling, Inc. v. Weaver | 3:30 p.m.-3:45 p.m. |
| 1916-CV31865 | Dunlap v. Lehr et al. | 3:45 p.m.- 4:00 p.m. |

Please follow the instructions below in order to phone in and join the telephonic conference.

1. **Call**: **(888) 557-8511**
   - The call will prompt you to put in the access code.
2. **Access Code**: **4800973**
   - Type in the access code and press #.

If you get a busy signal or an "all circuits busy" message, please hang up and try joining the telephone conference again. The circuits are a bit overloaded at this time, so it may take a few tries to get into the conference.

We will need you to please do the following:
- File/send notice of the hearing [if applicable], stating that it will be conducted by telephone conference and providing the applicable telephone access information contained in this Notice.
- Telephonic hearings will be transcribed by the division court reporter. As the hearing is conducted by telephone, it is imperative that each speaker state their name before every statement made on the record. For example, "This is Judge, counsel for Plaintiff Mr. Smith may proceed." "This is Mr. Smith. Thank you. Plaintiff calls Plaintiff's first witness." It is further imperative that participants NOT speak over each other, as it is not possible to make a record in such instances.

**IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI**

| | |
|---|---|
| ANN DUNN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Case No. 2016-CV12724 |
| U.S. BANK | ) |
| **800 Nicollet Mall** | ) |
| **Minneapolis, MN 55402** | ) **JURY TRIAL DEMANDED** |
| | ) |
| | ) |
| Defendant. | ) |

## <u>MOTION FOR APPOINTMENT OF PRIVATE PROCESS SERVER</u>

COMES NOW Plaintiff Ann Dunn, by and through counsel, and pursuant to Missouri

Supreme Court Rule 54.13 and Local Rule 4.9 of Jackson County Court Rules, hereby moves for

the appointment of HPS Process Service & Investigations, Inc.:

| | | | | | |
|---|---|---|---|---|---|
| Jan Adams | PPS20-0276 | Jessica Arnold | PPS20-0169 | Miranda Bell | PPS20-0170 |
| Randy Adkins | PPS20-0225 | Brandon Aschenbrenner | PPS20-0281 | Daniel C Blackwell | PPS20-0492 |
| Roger Adams | PPS20-0277 | Russell Aubrey | PPS20-0137 | Dianna J Blea | PPS20-0287 |
| Bobby Ali | PPS20-0278 | Steve Banales | PPS20-0138 | Richard J Blea | PPS20-0288 |
| Cody R Anderson | PPS20-0490 | Joseph L Baska | PPS20-0284 | Robert Blixt | PPS20-0289 |
| Robert A Anderson | PPS20-0491 | Carrington L Bell | PPS20-0012 | Brent Bohnoff | PPS20-0014 |
| Victor Aponte | PPS20-0280 | George Bell | PPS20-0286 | Scott Brady | PPS20-0016 |

| | | | | | |
|---|---|---|---|---|---|
| WendyJo Bricker | PPS20-0171 | Chad Compton | PPS20-0307 | Jessica Ellison | PPS20-0330 |
| Donnie C Briley | PPS20-0292 | Kenneth V Condrey | PPS20-0308 | Abel A Emiru | PPS20-0331 |
| Kathy A Broom | PPS20-0293 | Sharon R Condrey | PPS20-0309 | David S Felter | PPS20-0334 |
| William A Brock | PPS20-0493 | Theodore Cordasco | PPS20-0310 | William F Ferrell | PPS20-0037 |
| Douglas S Brower | PPS20-0580 | Cesar Corral | PPS20-0311 | Robert D Finley | PPS20-0335 |
| Jeff Brown | PPS20-0018 | Ronald E Courtney | PPS20-0552 | Ryan D Fortune | PPS20-0337 |
| Kenneth H Brown, Jr. | PPS20-0294 | George H Covert | PPS20-0312 | Christopher Fowler | PPS20-0338 |
| Nicholas R Bull | PPS20-0020 | Alterick S Davenport | PPS20-0314 | James Frago | PPS20-0038 |
| Brent L Burmeister | PPS20-0228 | Duane D Day | PPS20-0496 | John Frago | PPS20-0039 |
| Gary L Burmeister | PPS20-0229 | Gerald Deadwyles | PPS20-0316 | Andrew L Garza | PPS20-0041 |
| James Burke | PPS20-0296 | Robert E Delacy, III | PPS20-0319 | Louis Gerrick | PPS20-0342 |
| Randy D Burrow | PPS20-0021 | Robert E Delacy, Jr. | PPS20-0318 | Holly Gilmore | PPS20-0502 |
| Gary Burt | PPS20-0022 | Kenneth W Diegel | PPS20-0498 | Paul Gizel | PPS20-0343 |
| William J Caputo | PPS20-0299 | Norman Diggs | PPS20-0032 | Ronda Godard | PPS20-0344 |
| Charles Casey | PPS20-0300 | Scott Dixon | PPS20-0180 | Adam Golden | PPS20-0345 |
| George L Castillo | PPS20-0301 | Marrissa Doan | PPS20-0034 | Bradley Gordon | PPS20-0042 |
| Joyce Clemmons | PPS20-0304 | Claudia A Dohn | PPS20-0321 | Tom Gorgone | PPS20-0044 |
| Randell S Cobb | PPS20-0176 | Dale Dorning | PPS20-0322 | Richard Gray | PPS20-0045 |

| | | | | | |
|---|---|---|---|---|---|
| Paul O Grimes | PPS20-0348 | Anthonio Hightower | PPS20-0361 | Haile Kahssu | PPS20-0376 |
| Charles R Gunning | PPS20-0046 | Wendy K Hilgenberg | PPS20-0053 | Kenneth J Kearney | PPS20-0377 |
| Darnell Hamilton | PPS20-0143 | James M Hise | PPS20-0054 | Michael Keating | PPS20-0378 |
| Kimberly Hamilton | PPS20-0351 | Gary F Hodges | PPS20-0363 | Derec Kelley | PPS20-0064 |
| Rufus Harmon | PPS20-0048 | Darren A Hoke, Sr. | PPS20-0556 | Wyman T Kroft | PPS20-0381 |
| Keith W Harrison | PPS20-0555 | Alex Holland | PPS20-0057 | Aaron Kuhns | PPS20-0507 |
| Michael Harth | PPS20-0144 | Leonard Horseman | PPS20-0364 | Jo Ann Lane | PPS20-0382 |
| Christy Hartline | PPS20-0587 | Ulonda G Howard | PPS20-0365 | Kathleen Langdon | PPS20-0508 |
| Larry Haynes | PPS20-0588 | Martin J Hueckel | PPS20-0366 | Damon Lester | PPS20-0068 |
| Douglas E Hays | PPS20-0051 | William B Humble | PPS20-0590 | Alfred Lett | PPS20-0252 |
| Grace Hazell | PPS20-0353 | George Illidge | PPS20-0368 | Kristie S Lewis | PPS20-0384 |
| Richard P Heimerich, Jr. | PPS20-0354 | Frank James | PPS20-0369 | John D Lichtenegger | PPS20-0385 |
| Stephen Heitz | PPS20-0052 | Matthew J Jankowski | PPS20-0370 | Bert Lott | PPS20-0386 |
| Charles Helms | PPS20-0356 | Betty A Johnson | PPS20-0059 | Robert Manning | PPS20-0389 |
| Austen Hendrickson | PPS20-0357 | Bret Johnson | PPS20-0248 | Kenneth Marshall | PPS20-0071 |
| Jonathan Hennings | PPS20-0358 | Edward Johnson | PPS20-0060 | Cameron Matthews | PPS20-0512 |
| Jesse J Hernandez | PPS20-0359 | Randy Johnson | PPS20-0374 | Michael J McMahon | PPS20-0392 |
| Michael Hibler | PPS20-0360 | Patrick Jones | PPS20-0063 | Richard Meek | PPS20-0157 |

| | | | | | |
|---|---|---|---|---|---|
| Arsalan Memon | PPS20-0396 | Cynthia Paris | PPS20-0415 | Jorge Rivera | PPS20-0107 |
| Jenna Mendoza | PPS20-0398 | Mike Perry | PPS20-0096 | David M Roberts | PPS20-0206 |
| Matthew A Millhollin | PPS20-0081 | Carrie Pfeifer | PPS20-0099 | Patricia Roberts | PPS20-0207 |
| Vivian G Mitchell | PPS20-0595 | Gregory Piazza | PPS20-0421 | Adam Robinson | PPS20-0162 |
| Carlos A Moreno | PPS20-0401 | Vincent Piazza | PPS20-0422 | Jeroy Robinson | PPS20-0441 |
| Kelly Murski | PPS20-0403 | Timothy Pinney | PPS20-0424 | Gabriel Rodriguez | PPS20-0443 |
| Andrew Myers | PPS20-0087 | Joshua Pitts | PPS20-0425 | Anthony J Romano, Jr. | PPS20-0567 |
| Frederick M Myers | PPS20-0088 | Craig Podgurshi, Jr | PPS20-0598 | Richard C Ross | PPS20-0445 |
| James G Myers | PPS20-0089 | Rocellious D Pope | PPS20-0426 | Lawrence Roth | PPS20-0520 |
| Stephanie Myers | PPS20-0090 | Joseph M Powers | PPS20-0203 | Richard Roth | PPS20-0109 |
| Paul Nardizz | PPS20-0404 | Charles J Reardon | PPS20-0431 | John T Sadler, Jr | PPS20-0450 |
| Wendy Neff | PPS20-0405 | Derek L Reddick | PPS20-0432 | Ligno Sanchez | PPS20-0451 |
| Jillian Newkirk | PPS20-0406 | Angela Reed | PPS20-0433 | Virginia L Saxon-Ford | PPS20-0452 |
| Christopher New | PPS20-0091 | Christopher Reed | PPS20-0434 | Nathaniel Scott | PPS20-0455 |
| Jeremy L Nicholas | PPS20-0092 | Edward Reed | PPS20-0435 | Joe Sherrod | PPS20-0112 |
| Michael Noble | PPS20-0093 | Betty G Rice | PPS20-0436 | Delynna Siegel | PPS20-0213 |
| Trinity Olson | PPS20-0413 | Karen L Rice | PPS20-0437 | Michael S Siegel | PPS20-0214 |
| Craig Palmer | PPS20-0414 | Debra Rios | PPS20-0440 | Quratulain Shoukat | PPS20-0456 |

| | | | | | |
|---|---|---|---|---|---|
| Andrew Sitzes | PPS20-0113 | Timothy L Thayer | PPS20-0165 | Joseph T Wachowski | PPS20-0478 |
| Jeremy S Small | PPS20-0457 | Marty Thomas | PPS20-0269 | Vance M Warren, Sr. | PPS20-0480 |
| Lisa Smith | PPS20-0267 | Robert H Thomas | PPS20-0602 | Dana H Williams | PPS20-0575 |
| Monica Smith | PPS20-0458 | William W Thomas | PPS20-0604 | Gregory M Willing | PPS20-0130 |
| Connie Sommers | PPS20-0569 | Hilary R Tichota | PPS20-0270 | Deborah A Wilson | PPS20-0484 |
| Anthony Spada | PPS20-0459 | Christina Tiffany | PPS20-0471 | Jerry Wilson | PPS20-0132 |
| Melissa Spencer | PPS20-0460 | Tom Tippit | PPS20-0528 | Mitch A Wirth | PPS20-0485 |
| Jamie P Stallo | PPS20-0461 | Lucas Traugott | PPS20-0122 | Deborah Woodhouse | PPS20-0133 |
| Marc A Starks | PPS20-0462 | Clinton Turpen | PPS20-0473 | Jerry Wooten | PPS20-0487 |
| Barbara Steil | PPS20-0463 | Margarita Vasquez | PPS20-0475 | Gregory S Young | PPS20-0532 |
| Kelvin Stinyard | PPS20-0464 | Robert E Vick, II | PPS20-0476 | Aron Zeller | PPS20-0224 |
| Randy Stone | PPS20-0117 | Leonara M Vestal | PPS20-0529 | | |
| Chance Strawser | PPS20-0467 | Bradley Votaw | PPS20-0477 | | |
| Berhane Tassaw | PPS20-0470 | Ambiko Wallace | PPS20-0479 | | |

as private process servers in the above-captioned matter.  In support of said motion,

Plaintiff/Petitioner states that the above-named individuals are on the Court's list of approved

process servers and the information contained in their applications and affidavits on file is

current and still correct.

Dated: September 19, 2020

/s/*Henry W. Tanner Jr.*
Henry W. Tanner Jr. (66277)
The Law Firm of Henry Tanner LLC
1432 E. 49th Terrace,
Kansas City, Missouri 64110
Telephone: 816.547.2162
Facsimile: 816.393.0338
Email: henry@htannerlaw.com

Attorney for Plaintiff

## **ORDER FOR APPOINTMENT OF PRIVATE PROCESS SERVER**

It is hereby ordered that Petitioner/Plaintiff's Motion for Appointment of Private Process Server is sustained and the above named individuals are hereby appointed to serve process in the above captioned matter.

DATE: _____        _____
                                                                Judge or Circuit Clerk

Electronically Filed - Jackson - Kansas City - September 19, 2020 - 06:32 AM



IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>ADAM CAINE | Case Number:  2016-CV12724 |
| Plaintiff/Petitioner:<br>ANN DUNN<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>HENRY WARREN TANNER<br>1432 EAST 49TH TERRACE<br>KANSAS CITY, MO  64110 |
| Defendant/Respondent:<br>US BANK | Court Address:<br>415 E 12th<br>KANSAS CITY, MO  64106 |
| Nature of Suit:<br>CC Other Miscellaneous Actions | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: **US BANK**
                                 **Alias:**

**800 NICOLLET MALL**
**MINNEAPOLIS, MN  55402**

# PRIVATE PROCESS SERVER

*COURT SEAL OF*

*JACKSON COUNTY*

      **You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

21-SEP-2020
      Date                                                         Clerk

Further Information:

---

### Sheriff's or Server's Return

**Note to serving officer:**  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____      _____
    Printed Name of Sheriff or Server                          Signature of Sheriff or Server

         **Must be sworn before a notary public if not served by an authorized officer:**

         Subscribed and sworn to before me on _____ (date).

*(Seal)*

         My commission expires: _____    _____
                                    Date                            Notary Public

---

**Sheriff's Fees**

| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

## SUMMONS/GARNISHMENT SERVICE PACKETS
## ATTORNEY INFORMATION

Under the Missouri e-filing system now utilized by the 16th Judicial Circuit Court, once a case has been accepted for filing, a clerk prepares the necessary documents for service. The summons/garnishment is sent to the attorney by an e-mail containing a link so that the filer may print and deliver the summons/garnishment, pleadings and any other necessary documents to the person designated to serve the documents.

Pursuant to State statutes, Supreme Court Rules and Local Court Rules, attorneys are required to print, attach and serve specific documents with certain types of Petitions and other filings.

Please refer to the Court's website for instructions on how to assemble the service packets at:

16thcircuit.org  →  Electronic Filing Information → Required Documents for Service – eFiled cases → Summons/Garnishment Service Packet Information.

Please review this information periodically, as revisions are frequently made.   Thank you.


Circuit Court of Jackson County

**IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI**

| | |
|---|---|
| ANN DUNN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Case No. 2016-CV12724 |
| U.S. BANK | ) |
| **800 Nicollet Mall** | ) |
| **Minneapolis, MN 55402** | ) **JURY TRIAL DEMANDED** |
| | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR APPOINTMENT OF PRIVATE PROCESS SERVER**

COMES NOW Plaintiff Ann Dunn, by and through counsel, and pursuant to Missouri

Supreme Court Rule 54.13 and Local Rule 4.9 of Jackson County Court Rules, hereby moves for

the appointment of HPS Process Service & Investigations, Inc.:

| | | | | | |
|---|---|---|---|---|---|
| Jan Adams | PPS20-0276 | Jessica Arnold | PPS20-0169 | Miranda Bell | PPS20-0170 |
| Randy Adkins | PPS20-0225 | Brandon Aschenbrenner | PPS20-0281 | Daniel C Blackwell | PPS20-0492 |
| Roger Adams | PPS20-0277 | Russell Aubrey | PPS20-0137 | Dianna J Blea | PPS20-0287 |
| Bobby Ali | PPS20-0278 | Steve Banales | PPS20-0138 | Richard J Blea | PPS20-0288 |
| Cody R Anderson | PPS20-0490 | Joseph L Baska | PPS20-0284 | Robert Blixt | PPS20-0289 |
| Robert A Anderson | PPS20-0491 | Carrington L Bell | PPS20-0012 | Brent Bohnoff | PPS20-0014 |
| Victor Aponte | PPS20-0280 | George Bell | PPS20-0286 | Scott Brady | PPS20-0016 |

| | | | | | |
|---|---|---|---|---|---|
| WendyJo Bricker | PPS20-0171 | Chad Compton | PPS20-0307 | Jessica Ellison | PPS20-0330 |
| Donnie C Briley | PPS20-0292 | Kenneth V Condrey | PPS20-0308 | Abel A Emiru | PPS20-0331 |
| Kathy A Broom | PPS20-0293 | Sharon R Condrey | PPS20-0309 | David S Felter | PPS20-0334 |
| William A Brock | PPS20-0493 | Theodore Cordasco | PPS20-0310 | William F Ferrell | PPS20-0037 |
| Douglas S Brower | PPS20-0580 | Cesar Corral | PPS20-0311 | Robert D Finley | PPS20-0335 |
| Jeff Brown | PPS20-0018 | Ronald E Courtney | PPS20-0552 | Ryan D Fortune | PPS20-0337 |
| Kenneth H Brown, Jr. | PPS20-0294 | George H Covert | PPS20-0312 | Christopher Fowler | PPS20-0338 |
| Nicholas R Bull | PPS20-0020 | Alterick S Davenport | PPS20-0314 | James Frago | PPS20-0038 |
| Brent L Burmeister | PPS20-0228 | Duane D Day | PPS20-0496 | John Frago | PPS20-0039 |
| Gary L Burmeister | PPS20-0229 | Gerald Deadwyles | PPS20-0316 | Andrew L Garza | PPS20-0041 |
| James Burke | PPS20-0296 | Robert E Delacy, III | PPS20-0319 | Louis Gerrick | PPS20-0342 |
| Randy D Burrow | PPS20-0021 | Robert E Delacy, Jr. | PPS20-0318 | Holly Gilmore | PPS20-0502 |
| Gary Burt | PPS20-0022 | Kenneth W Diegel | PPS20-0498 | Paul Gizel | PPS20-0343 |
| William J Caputo | PPS20-0299 | Norman Diggs | PPS20-0032 | Ronda Godard | PPS20-0344 |
| Charles Casey | PPS20-0300 | Scott Dixon | PPS20-0180 | Adam Golden | PPS20-0345 |
| George L Castillo | PPS20-0301 | Marrissa Doan | PPS20-0034 | Bradley Gordon | PPS20-0042 |
| Joyce Clemmons | PPS20-0304 | Claudia A Dohn | PPS20-0321 | Tom Gorgone | PPS20-0044 |
| Randell S Cobb | PPS20-0176 | Dale Dorning | PPS20-0322 | Richard Gray | PPS20-0045 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Paul O Grimes | PPS20-0348 | Anthonio Hightower | PPS20-0361 | Haile Kahssu | PPS20-0376 |
| Charles R Gunning | PPS20-0046 | Wendy K Hilgenberg | PPS20-0053 | Kenneth J Kearney | PPS20-0377 |
| Darnell Hamilton | PPS20-0143 | James M Hise | PPS20-0054 | Michael Keating | PPS20-0378 |
| Kimberly Hamilton | PPS20-0351 | Gary F Hodges | PPS20-0363 | Derec Kelley | PPS20-0064 |
| Rufus Harmon | PPS20-0048 | Darren A Hoke, Sr. | PPS20-0556 | Wyman T Kroft | PPS20-0381 |
| Keith W Harrison | PPS20-0555 | Alex Holland | PPS20-0057 | Aaron Kuhns | PPS20-0507 |
| Michael Harth | PPS20-0144 | Leonard Horseman | PPS20-0364 | Jo Ann Lane | PPS20-0382 |
| Christy Hartline | PPS20-0587 | Ulonda G Howard | PPS20-0365 | Kathleen Langdon | PPS20-0508 |
| Larry Haynes | PPS20-0588 | Martin J Hueckel | PPS20-0366 | Damon Lester | PPS20-0068 |
| Douglas E Hays | PPS20-0051 | William B Humble | PPS20-0590 | Alfred Lett | PPS20-0252 |
| Grace Hazell | PPS20-0353 | George Illidge | PPS20-0368 | Kristie S Lewis | PPS20-0384 |
| Richard P Heimerich, Jr. | PPS20-0354 | Frank James | PPS20-0369 | John D Lichtenegger | PPS20-0385 |
| Stephen Heitz | PPS20-0052 | Matthew J Jankowski | PPS20-0370 | Bert Lott | PPS20-0386 |
| Charles Helms | PPS20-0356 | Betty A Johnson | PPS20-0059 | Robert Manning | PPS20-0389 |
| Austen Hendrickson | PPS20-0357 | Bret Johnson | PPS20-0248 | Kenneth Marshall | PPS20-0071 |
| Jonathan Hennings | PPS20-0358 | Edward Johnson | PPS20-0060 | Cameron Matthews | PPS20-0512 |
| Jesse J Hernandez | PPS20-0359 | Randy Johnson | PPS20-0374 | Michael J McMahon | PPS20-0392 |
| Michael Hibler | PPS20-0360 | Patrick Jones | PPS20-0063 | Richard Meek | PPS20-0157 |

| | | | | | |
|---|---|---|---|---|---|
| Arsalan Memon | PPS20-0396 | Cynthia Paris | PPS20-0415 | Jorge Rivera | PPS20-0107 |
| Jenna Mendoza | PPS20-0398 | Mike Perry | PPS20-0096 | David M Roberts | PPS20-0206 |
| Matthew A Millhollin | PPS20-0081 | Carrie Pfeifer | PPS20-0099 | Patricia Roberts | PPS20-0207 |
| Vivian G Mitchell | PPS20-0595 | Gregory Piazza | PPS20-0421 | Adam Robinson | PPS20-0162 |
| Carlos A Moreno | PPS20-0401 | Vincent Piazza | PPS20-0422 | Jeroy Robinson | PPS20-0441 |
| Kelly Murski | PPS20-0403 | Timothy Pinney | PPS20-0424 | Gabriel Rodriguez | PPS20-0443 |
| Andrew Myers | PPS20-0087 | Joshua Pitts | PPS20-0425 | Anthony J Romano, Jr. | PPS20-0567 |
| Frederick M Myers | PPS20-0088 | Craig Podgurshi, Jr | PPS20-0598 | Richard C Ross | PPS20-0445 |
| James G Myers | PPS20-0089 | Rocellious D Pope | PPS20-0426 | Lawrence Roth | PPS20-0520 |
| Stephanie Myers | PPS20-0090 | Joseph M Powers | PPS20-0203 | Richard Roth | PPS20-0109 |
| Paul Nardizz | PPS20-0404 | Charles J Reardon | PPS20-0431 | John T Sadler, Jr | PPS20-0450 |
| Wendy Neff | PPS20-0405 | Derek L Reddick | PPS20-0432 | Ligno Sanchez | PPS20-0451 |
| Jillian Newkirk | PPS20-0406 | Angela Reed | PPS20-0433 | Virginia L Saxon-Ford | PPS20-0452 |
| Christopher New | PPS20-0091 | Christopher Reed | PPS20-0434 | Nathaniel Scott | PPS20-0455 |
| Jeremy L Nicholas | PPS20-0092 | Edward Reed | PPS20-0435 | Joe Sherrod | PPS20-0112 |
| Michael Noble | PPS20-0093 | Betty G Rice | PPS20-0436 | Delynna Siegel | PPS20-0213 |
| Trinity Olson | PPS20-0413 | Karen L Rice | PPS20-0437 | Michael S Siegel | PPS20-0214 |
| Craig Palmer | PPS20-0414 | Debra Rios | PPS20-0440 | Quratulain Shoukat | PPS20-0456 |

| Andrew Sitzes | PPS20-0113 |
|---|---|
| Jeremy S Small | PPS20-0457 |
| Lisa Smith | PPS20-0267 |
| Monica Smith | PPS20-0458 |
| Connie Sommers | PPS20-0569 |
| Anthony Spada | PPS20-0459 |
| Melissa Spencer | PPS20-0460 |
| Jamie P Stallo | PPS20-0461 |
| Marc A Starks | PPS20-0462 |
| Barbara Steil | PPS20-0463 |
| Kelvin Stinyard | PPS20-0464 |
| Randy Stone | PPS20-0117 |
| Chance Strawser | PPS20-0467 |
| Berhane Tassaw | PPS20-0470 |

| Timothy L Thayer | PPS20-0165 |
|---|---|
| Marty Thomas | PPS20-0269 |
| Robert H Thomas | PPS20-0602 |
| William W Thomas | PPS20-0604 |
| Hilary R Tichota | PPS20-0270 |
| Christina Tiffany | PPS20-0471 |
| Tom Tippit | PPS20-0528 |
| Lucas Traugott | PPS20-0122 |
| Clinton Turpen | PPS20-0473 |
| Margarita Vasquez | PPS20-0475 |
| Robert E Vick, II | PPS20-0476 |
| Leonara M Vestal | PPS20-0529 |
| Bradley Votaw | PPS20-0477 |
| Ambiko Wallace | PPS20-0479 |

| Joseph T Wachowski | PPS20-0478 |
|---|---|
| Vance M Warren, Sr. | PPS20-0480 |
| Dana H Williams | PPS20-0575 |
| Gregory M Willing | PPS20-0130 |
| Deborah A Wilson | PPS20-0484 |
| Jerry Wilson | PPS20-0132 |
| Mitch A Wirth | PPS20-0485 |
| Deborah Woodhouse | PPS20-0133 |
| Jerry Wooten | PPS20-0487 |
| Gregory S Young | PPS20-0532 |
| Aron Zeller | PPS20-0224 |

as private process servers in the above-captioned matter. In support of said motion, Plaintiff/Petitioner states that the above-named individuals are on the Court's list of approved process servers and the information contained in their applications and affidavits on file is current and still correct.

Dated: September 19, 2020

/s/*Henry W. Tanner Jr.*
Henry W. Tanner Jr. (66277)
The Law Firm of Henry Tanner LLC
1432 E. 49th Terrace,
Kansas City, Missouri  64110
Telephone: 816.547.2162
Facsimile: 816.393.0338
Email: henry@htannerlaw.com

Attorney for Plaintiff

## ORDER FOR APPOINTMENT OF PRIVATE PROCESS SERVER

It is hereby ordered that Petitioner/Plaintiff's Motion for Appointment of Private Process

Server is sustained and the above named individuals are hereby appointed to serve process in the

above captioned matter.

DATE: _____21-Sep-2020_____

DEPUTY COURT ADMINISTRATOR

# IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
## AT KANSAS CITY

**ANN DUNN**,                     )
                                  )
        Plaintiff,     )
                                  )    CASE NO: **2016-CV12724**
vs.                               )    DIVISION **11**
                                  )
**US BANK**,                      )
                                  )
        Defendant.    )

## CIVIL SCHEDULING ORDER

The Court hereby enters the following Scheduling Order:

1.  This case is set for a telephonic case management conference on December 9, 2020, 1:00

    p.m. to allow Plaintiff time to obtain service.


_September 23, 2020_                    _Adam Caine_
        Date                    **ADAM CAINE, Judge**

This is to certify that a copy of the foregoing was automatically forwarded to the attorneys of record through the Court's eFiling system. In addition, this certifies that a copy of the foregoing was hand delivered/faxed/emailed/mailed to the following on September 23, 2020.

HENRY TANNER, Attorney for Plaintiff, 1432 EAST 49TH TERRACE, KANSAS CITY, MO 64110.

_Andrea Henon_
Law Clerk, Division 11